UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ENOCH EUGENE DINKENS, JR.,

           Petitioner,

vs.                                    Case No. 3:05-cv-284-J-20HTS

JAMES V. CROSBY, JR., et al.,

           Respondents.
_____

### ORDER OF DISMISSAL

On October 21, 2005, this Court ordered Petitioner, within thirty days, to either file a Reply to Respondents' Answer or notify the Court that he does not intend to file a Reply. Further, the Court stated that, if he intends to amend his Petition, he shall file a motion for leave to amend with a proposed amended petition within thirty days. It has now been over three (3) months since the October 21, 2005, Order, and there has been no response from Petitioner. It appears that Petitioner no longer wishes to proceed in this action.

Therefore, it is now

**ADJUDGED:**

1. This case is **DISMISSED**.

2. The Clerk of the Court shall enter judgment dismissing this case for Petitioner's lack of prosecution.

3. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this __8th__ day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE

sc 2/8
c:
Enoch Eugene Dinkens, Jr.
Assistant Attorney General (David)

2